# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WECREVENTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 7:25-cv-00458-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO TRANSFER TRIAL TO AUSTIN

The parties jointly ask that trial be conducted in Austin, rather than Midland, for the convenience of the Court and the parties.

The Court has the authority to order an intra-district transfer of trial under 28 U.S.C. § 1404:

> (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

> (b) Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. Transfer of proceedings in rem brought by or on behalf of the United States may be transferred under this section without the consent of the United States where all other parties request transfer.

The parties hereby consent to trial in the Austin division under subsection (a). The parties jointly bring this motion under subsection (b) to transfer trial before the Honorable Judge Albright to the courthouse in the Austin division.

Dated: March 4, 2026

4927-4829-4292

*/s/ Clark Gordon*
Alfred R. Fabricant (admitted *pro hac vice*)
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Vincent J. Rubino, III (admitted *pro hac vice*)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Clark Gordon (admitted *pro hac vice*)
CA Bar No. 306317
Email: cgordon@fabricantllp.com
**FABRICANT LLP**
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612

William E. Davis, III
Texas Bar No. 24047416
Email: bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
Email: rfink@davisfirm.com
Ty Wilson Texas
State Bar No. 24106583
Email: twilson@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*ATTORNEYS FOR PLAINTIFF*
*WECREVENTION, INC.*

*/s / Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
Texas Bar No. 24124566
rearle@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Indranil Mukerji
Ranganath Sudarshan (pro hac vice)
Stephen Marshall
Allen S. Cross (pro hac vice)
Nicole S. L. Pobre (pro hac vice )
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
imukerji@cov.com
rsudarshan@cov.com
smarshall@cov.com
across@cov.com
npobre@cov.com

*ATTORNEYS FOR DEFENDANT*
*APPLE INC.*

4927-4829-4292

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on March 4, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Steven J. Wingard*
Steven J. Wingard

4927-4829-4292